April 11, 2008

Mr. Andrew F. MacRae
Hull Hendricks & MacRea, LLP
221 West 6th Street, Suite 2000
Austin, TX 78701-3407
Ms. Amy C. Thomas
The Law Offices of Amy Thomas
P.O. Box 111
Mexia, TX 76667

RE: Case Number: 06-0518
 Court of Appeals Number: 10-05-00197-CV
 Trial Court Number: 27,143-B

Style: RORY LEWIS, M.D.
 v.
 DEWAYNE FUNDERBURK, AS NEXT FRIEND OF WHITNEY FUNDERBURK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Peggy Murray |
| |Hill |